# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CARLOS D. CORTEZ, | Case No. 1:20-cv-00597-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| FCA US LLC, | (ECF No. 13) |
| Defendant. | THIRTY DAY DEADLINE |

On January 15, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**January 15, 2021**__

UNITED STATES MAGISTRATE JUDGE

1