# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. CORTEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 1:20-cv-00597-SAB<br><br>ORDER GRANTING PARTIES A THIRTY DAY EXTENSION TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 14, 15) |

On January 15, 2021, a notice of settlement was filed informing the Court that the parties reached settlement resolving this action, and the Court ordered the parties to file dispositional documents within thirty (30) days of entry of the order. (ECF Nos. 13, 14.) On February 9, 2021, the parties filed a status report informing the Court that they are still working to complete the terms of the settlement, as the subject vehicle has not been surrendered, and thus Plaintiff has not received the settlement funds. (ECF No. 15.) The Court notes that the filed stipulation requests a thirty (30) day extension in one section, and avers to the need for a sixty (60) day extension in another. (Id. at 2.) The proposed new deadline appears to correlate with the sixty (60) day request. (Id.)

Generally, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement. Nonetheless, the Court shall grant the parties an additional thirty (30) days to file dispositional documents.

1 | Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents
2 | on or before February 15, 2021.

IT IS SO ORDERED.

Dated: **February 10, 2021**

UNITED STATES MAGISTRATE JUDGE