# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. CORTEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-00597-SAB<br><br>ORDER CORRECTING FEBRUARY 10, 2021 ORDER GRANTING PARTIES A THIRTY DAY EXTENSION TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16) |

　　　　On February 10, 2021, the Court issued an order granting the parties an additional thirty (30) days to file dispositional documents.  (ECF No. 16.)  The order contained an incorrect date for the extended deadline and the Court shall now issue this order to set the correct date.

　　　　Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents on or before March 15, 2021.

IT IS SO ORDERED.

Dated:   **February 16, 2021**　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1