# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. CORTEZ, | Case No.  1:20-cv-00597-SAB |
| Plaintiff, | ORDER GRANTING SECOND REQUEST FOR EXTENSION OF DEADLINE TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| FCA US, LLC, | (ECF No. 18) |
| Defendant. | |

On January 15, 2021, a notice of settlement was filed in this action and the parties were ordered to file dispositive documents within thirty days.  (ECF Nos. 13, 14.)  On February 9, 2021, the parties filed a joint status report requesting an extension of time to file dispositive documents.  (ECF No. 15.)  On February 10, 2021, an order issued granting a thirty day extension of time to file dispositive documents.  (ECF No. 16.)  On February 17, 2021, an amended order issued and the parties were directed to file dispositive documents on or before March 15, 2021.  (ECF No. 17.)  On March 15, 2021, a joint status report was filed and the parties requested that the deadline to file dispositive documents be extended to May 14, 2021. (ECF No. 18.)  The Court finds that good cause exists to extend the deadline.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the parties second request for an extension of the deadline to file dispositive documents is GRANTED and dispositive documents shall be filed on or before **May 14, 2021**.

IT IS SO ORDERED.

Dated:   **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE

2