1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. CORTEZ,<br><br>   Plaintiff,<br><br> v.<br><br>FCA US, LLC,<br><br>   Defendant. | Case No. 1:20-cv-00597-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 19) |

On January 15, 2021, a notice of settlement was filed in this matter and the parties were ordered to file dispositional documents within thirty days. (ECF Nos. 13, 14.) On February 9, 2021, and March 15, 2021, the parties filed a joint status report seeking additional time to file dispositive documents and the deadline was extend. (ECF Nos. 15, 16, 17, 18.) On March 16, 2021, the parties were ordered to file dispositional documents on or before May 14, 2021. (ECF No. 19.) The deadline for dispositional documents to be filed has passed without the parties filing dispositional documents or otherwise responding to the March 16, 2021 order.

This matter has settled and the parties have been provided with four months to finalize the settlement and file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, the parties SHALL SHOW CAUSE IN WRITING why this action should not be dismissed for failure to comply with the March 16, 2021 order. The parties are advised that

failure to comply with this order will result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**May 28, 2021**__

UNITED STATES MAGISTRATE JUDGE